**2010–1373.   State v. Thompson.**
Summit C.P. No. CR2008072390. This cause came on for further consideration upon the filing of

appellant's amended motion for stay of execution of death sentence scheduled for April 5, 2017, pending disposition of available state remedies.

Upon consideration thereof, it is ordered by the court that the motion is granted. It is further ordered that this stay shall remain in effect until exhaustion of all state postconviction proceedings, including any appeals.